ACCEPTED
04-15-00341-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/21/2015 12:05:17 PM
KEITH HOTTLE
CLERK

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

12/21/2015 12:05:17 PM

KEITH E. HOTTLE
Clerk

NO. 04-15-00341-CV

# THE COURT OF APPEALS
# FOR THE FOURTH DISTRICT OF TEXAS
# SITTING AT SAN ANTONIO, TEXAS

## CARMELLA GUERRERO
Appellant,

## V.

## BEXAR COUNTY CIVIL SERVICE COMMISSION
Appellee

_____

## APPELLANT'S UNOPPOSED FIRST MOTION FOR
## EXTENSION OF TIME TO REPLY FILE BRIEF

_____

**CLARKSON F. BROWN**
**Texas Bar Number 00798082**
**Assistant Criminal District Attorney**
**Civil Division**
**101 W. Nueva, Suite 735**
**San Antonio, Texas 78205**
**Telephone No. (210) 335-3918**
**Fax No. (210) 335-2773**

TO THE HONORABLE JUSTICES OF THE FOURTH COURT:

Bexar County Civil Service Commission, appellant in this cause, moves the court for an extension of time of 30 days for filing appellant's reply brief, and in support this motion shows:

I.

1. This is an appeal from a judgment of the 225th District Court of Bexar County, Texas, which was signed on March 5, 2015. Appellant's Notice of Appeal was filed in this court on June 3, 2015.

II.

2. If no extension of time is granted by this Court, the brief of appellant is due by December 28, 2015. No extensions of time have been granted previously by the Court to file the reply brief. If granted, the reply brief would be due January 27, 2016.

III.

3. Bexar County Civil Service Commission is represented by Clarkson F Brown of the District Attorney's Office, Civil Division. This division has four (4) attorneys that represent the county in virtually all civil litigation matters involving the county, including appeals. These include all civil lawsuits and appeals filed in both federal and civil courts, all subpoena requests, all hearings before the civil service, both regular and Sheriff's, hearing before the Texas Commission on Law Enforcement Officer Standards and Education, and any other judicial or administrative hearings involving the county. The civil division advises all county officials and personnel on any number of issues that

**1**

come up on a daily basis regarding issues that face the entire county, which are similar, but much more, than those facing any major corporation.

4.      In addition to all of the general work laid above, the undersigned handles all non-disclosures filed in the county.  The undersigned currently has active cases in federal court, the Fifth Circuit Court of Appeals, one other appeal before this court, several state court matters and numerous administrative matters before the county's civil service commissions and the EEOC.  All of these require considerable time and there is no other attorney at the district attorney's office available to handle these matters or this appeal.  This is not to say that this appeal is any less important than these matters or will be given less attention but all of these matters, along with the daily routine matters that come to the undersigned, must each be given attention so that no matter falls through the cracks unaddressed.

5.      Unlike private firms, both defense and plaintiff, the civil division does not have the ability to accept those cases it can handle and reject those that it is too burdened to handle.  Therefore, time to commit to each matter is very limited.  Because of all of this, appellant will not be able to draft a reply brief that fully addresses the issues that will be before this Court in in the time allotted under the current briefing schedule.  Relying on the guidance of Local Rule 8's Notes and Comments that the Court generally grants a requested extension of time to file a brief up to 60 days from the original due date, appellants will asks for 30 days.  If the Court feels this is excessive, appellants would ask

that the Court provide as much time as it feels is reasonable based on the reasoning set out above.

## IV.

THEREFORE, FOR THE REASONS STATED ABOVE, appellant, Bexar County Civil Service Commission requests that the Court enter an order extending the time for filing its brief to January 27, 2016.

Respectfully submitted,

/s/Clarkson F. Brown
Clarkson F. Brown
State Bar No. 00798082
Assistant Criminal District Attorney
-Civil Division
101 W. Nueva, Suite 735
San Antonio, Texas 78205-3030
Telephone: (210) 335-2139
Telecopier: (210) 335-2151
Attorney for Appellant

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel for appellee and they have no objection to this extension.

/s/Clarkson F. Brown
Clarkson F. Brown

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been sent by efile on this the 21st day of December, 2015, to the following:

Orlando R. Lopez
The Lopez Law Firm
719 S. Flores, Suite 100
San Antonio, TX  78215
210-472-2100
210-472-2101 fax
olopez@lopezscott.com

Robert W. Clore
State Bar No. 24012436
15481 S. Padre Island Dr., Suite 101
Corpus Christi, Texas 78418
Telephone: (361) 558-3527
Facsimile: (361) 949-0908
rclore@robclorelaw.com

/s/Clarkson F. Brown
Clarkson F. Brown

**4**